UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LOURDES MURO, an individual          CASE NO.: 06-22311-CIV-JUDGE SEITZ

     Plaintiff,

vs.

HERMANOS AUTO WHOLESALERS, INC.,
A Florida corporation, doing business as
"the Car Shack",

     Defendant,
_____/

**NOTICE OF DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION**

TO: Robert W. Murphy, Esq.
    Attorney for Plaintiff
    1212 S.E. 2d Ave.
    Fort Lauderdale, FL 33316

    COMES NOW, the defendant by its undersigned attorney and hereby files its Response to Request for Production, as follows:

    Most documents submitted herewith would be responsive to more than one category.

    A.  Documents received from and sent to the dealership annexed.

    B.  As to documents available enclosed.  With particularity as to sub-par requests, we show as follows:

        B (7) (8).  None
        B (10), (15), (16), (20).  None
        B (21).  See C and D below.

    C. and D.  Purchased at auction.  Any receipts or documents are in storage and have to be located.  Will provide.

–continued next page----

Page 2 - Notice of Response to Request for
Production
Case No. : 06-22311-CIV-JUDGE
SEITZ

S/Aaron R. Sobel
AARON R. SOBEL
Attorney for Defendant
2020 N.E. 163d St., Suite 300
No. Miami Beach, FL 33162
Tel. No. 305 944-9100
Fax. No. 305 945-3936
E-mail: arsobel@att.net
Fla. Bar No.: 750433

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy hereof with documents was mailed to the attorney for the plaintiff, Robert W. Murphy, Esq., 1212 S.E. 2d Ave., Fort Lauderdale, FL 33316 on April 12, 2007.

S/ Aaron R. Sobel
AARON R. SOBEL